# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                             Plaintiff,<br>   vs.<br>ARIF ALI DURRANI,<br><br>                            Defendant. | CASE NO. 05cr1746-LAB<br><br>**ORDER DENYING MOTION FOR NEW TRIAL** |

Arif A. Durrani was convicted by a jury on March 17, 2006 of exporting defense articles from the United States without a license. After mounting an unsuccessful appeal of his conviction, Durrani has filed a motion for new trial under Federal Rule of Criminal Procedure 33(b)(1). He maintains he has newly discovered evidence that, if considered anew by another jury, would likely result in his acquittal. For reasons that follow, the motion is **DENIED**.

### Alleged Unlawful Extradition

Durrani's first argument is that he was unlawfully extradited by the Republic of Mexico to the United States, and that the United States violated the rule of specialty by trying him for unlawfully exporting defense articles. The argument is a nonstarter because Durrani was not extradited to the U.S.; rather, Mexico deported him to Pakistan and U.S. Marshals seized him pursuant to a federal arrest warrant when the plane he was flying on stopped to refuel in Los Angeles.

1    Moreover, this claim is not new. It was fully vetted during pretrial proceedings. The
2 Court rejected the argument then, and Durrani raises no new information justifying
3 reconsideration.

4    **Alleged U.S. Citizenship**

5    Durrani second argument is that he is a U.S. citizen. Again, there is nothing novel or
6 new in this assertion. As with Durrani's unlawful extradition claim, this argument was fully
7 vetted and rejected by this Court during pretrial proceedings. The evidence establishes
8 Durrani is a Pakistani citizen. He was never naturalized as a U.S. citizen.

9    In any event, Durrani's citizenship was not relevant to any material issue at trial, and
10 therefore cannot support his motion for a new trial.

11    Throughout the proceedings in this case, Durrani has bombarded the Court and the
12 government with successive motions and pleadings attempting to reargue and rehash
13 previously decided issues. This motion is the latest example of Durrani's refusal to accept
14 the finality of the Court's and jury's decisions. Durrani was justly tried and fairly convicted of
15 unlawfully exporting defense articles – his second such conviction for the same offense. The
16 time has come for the curtain to fall on Durrani's seemingly endless legal maneuvers to set
17 aside his conviction. In the future, this Court will summarily deny any motion Durrani files that
18 attempts to relitigate previously decided issues.

19    **IT IS SO ORDERED**.

20 DATED: December 23, 2009

21

22    *[signature]*
    **HONORABLE LARRY ALAN BURNS**
    United States District Judge